IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 11 2005

Civil Action No. _____ **05 - CV - 01970-OES** _____

GREGORY C. LANGHAM
CLERK

(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number _____
may result in a delay in the consideration of your claims.)

MARK SANGO, #1452627,

       Plaintiff,

v.

MAYOR HICKENLOOPER, City and County of Denver,
GOVERNOR BILL OWENS,
DIRECTOR OF CORRECTIONS and UNDER SHERRIFF [sic] FRED OLIVIA,
JOHN DOE & JANE DOE1-100,
BETH LINDROOS, H.S.A.,
DR. CRUM, M.D.,
NURSE DORA,
NURSE SUSAN,
NURSE JOE,
NURSE JACK,
NURSE YVONNE,
NURSE ISABELLE,
COMPLETE MEDICAL STAFF,
JOHN DOE & JANE DOE 1-100,
SHERRIFF [sic] STRONG,
SGT. BROWN,
SHERRIFF [sic] ORTIZ,
SHERRIFF [sic} PEREZ,
SHERRIFF [sic] MASSEY,
SGT. CLARK-MARTIN,
MAYOR WILSON,
CHIEF RON-FOOS, and
SHERRIFF [sic] McKALE,

       Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
## DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915. The *in forma pauperis* motion was submitted to the

court in an envelope that also contained individual *in forma pauperis* motions from a

number of other inmates at the Denver County Jail.  The court has determined that the

documents is deficient as described in this order.  Notwithstanding the deficiencies, the

clerk of the court will be directed to commence a civil action.  Plaintiff will be directed to

cure the following if he wishes to pursue his claims.  Any papers which the plaintiff files

in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)    __     is not submitted
(2)    __     is missing affidavit
(3)    xx     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)    __     is missing required financial information
(5)    __     is missing an original signature by the prisoner
(6)    __     is not on proper form (must use the court's current form)
(7)    __     names in caption do not match names in caption of complaint, petition or habeas application
(8)    __     An original and a copy have not been received by the court. Only an original has been received.
(9)    __     other _____

**Complaint, Petition or Application:**
(10)    xx     is not submitted
(11)    __     is not on proper form (must use the court's current form)
(12)    __     is missing an original signature by the prisoner
(13)    __     is missing page nos. ___
(14)    __     uses et al. instead of listing all parties in caption
(15)    __     An original and a copy have not been received by the court.  Only an original has been received.
(16)    __     Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)    __     names in caption do not match names in text
(18)    __     other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the plaintiff files

in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the plaintiff, together

with a copy of this order, two copies of the following forms:  Prisoner Complaint. It is

FURTHER ORDERED that, if the plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the action will be

dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this __11__ day of __October__, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.   **05 - CV - 01970 -OES**

Mark Sango
Prisoner No. 1452627
DCJ
P.O. Box 1108
Denver, CO 80201

     I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on__*10· 11·o5*___

GREGORY C. LANGHAM, CLERK

By:_____

              Deputy Clerk